IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KATHRYN SUSAN MOLDENHAUER,

          Plaintiff,                   OPINION AND ORDER

    v.                                       12-cv-758-wmc

MADISON POLICE DEPARTMENT,
YOUNG WOMEN'S CHRISTIAN
ASSOCIATION, and WINNEBAGO
MENTAL HEALTH INSTITUTE,

          Defendants.

---

In this proposed civil action, plaintiff Kathryn Moldenhauer alleges that she was evicted from the Young Women's Christian Association without due process and mistreated by Madison police officers, who were called to forcibly remove her from the YWCA. Plaintiff contends further that she was transported to a psychiatric facility in Oshkosh (*i.e.*, the Winnebago Mental Health Institute), where she was "tortured" and detained illegally. Plaintiff seeks leave to proceed *in forma pauperis* and her pleadings are pending before the court for preliminary review.

The docket sheet reflects that court correspondence to plaintiff has been returned "undeliverable." The court will only send notices to the address on file. The plaintiff has clearly failed to provide the court with an accurate, current address. Because plaintiff has failed to provide a current address, it appears that she has abandoned her complaint.

1

Accordingly, under the inherent power necessarily vested in a court to manage its own affairs, the complaint will be dismissed without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

ORDER

IT IS ORDERED that the complaint filed by plaintiff Kathryn Susan Molenhauer is DISMISSED without prejudice for want of prosecution. The plaintiff is advised that relief from this order may be granted upon a showing of good cause.

Entered this 22nd day of April, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge