IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KATHRYN SUSAN MOLDENHAUER,

    Plaintiff,

v.

MADISON POLICE DEPARTMENT,
YOUNG WOMEN'S CHRISTIAN
ASSOCIATION and WINNEBAGO
MENTAL HEALTH INSTITUTION,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-758-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution.

_____    4/23/19
Peter Oppeneer, Clerk of Court        Date